IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Owens, Will | Case Number: 06 B 09387 |
| | Judge: Squires, John H |
| Printed: 8/5/08 | Filed: 8/3/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 25, 2008
Confirmed: November 1, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,450.00 | |
| Secured: | | 4,470.38 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,637.25 |
| Trustee Fee: | | 342.37 |
| Other Funds: | | 0.00 |
| Totals: | 6,450.00 | 6,450.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 791.50 | 791.50 |
| 2. | Robert J Semrad & Associates | Administrative | 550.00 | 550.00 |
| 3. | Robert J Semrad & Associates | Administrative | 852.50 | 295.75 |
| 4. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 5. | City Of Chicago | Secured | 2,313.56 | 475.00 |
| 6. | Chase Home Finance | Secured | 18,904.94 | 3,995.38 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 58.00 | 0.00 |
| 8. | Direct Tv | Unsecured | | No Claim Filed |
| 9. | Cavalry Portfolio/Collection | Unsecured | | No Claim Filed |
| 10. | Cardiac Surgery Assoc | Unsecured | | No Claim Filed |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 12. | Harvey Anesthesiologists SC | Unsecured | | No Claim Filed |
| 13. | Asset Acceptance | Unsecured | | No Claim Filed |
| 14. | Ingalls Family Care Center | Unsecured | | No Claim Filed |
| 15. | Hollywood Video | Unsecured | | No Claim Filed |
| 16. | Kallach C Sharms | Unsecured | | No Claim Filed |
| 17. | Mitchell N Kay | Unsecured | | No Claim Filed |
| 18. | Las Lago II Owners Association | Unsecured | | No Claim Filed |
| 19. | MCI Telecommunications | Unsecured | | No Claim Filed |
| 20. | Nicor Gas | Unsecured | | No Claim Filed |
| 21. | MRSI | Unsecured | | No Claim Filed |
| 22. | MRSI | Unsecured | | No Claim Filed |
| 23. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 24. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 25. | Radiology Imaging Consultants | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Owens, Will

Printed: 8/5/08

Case Number: 06 B 09387
Judge: Squires, John H
Filed: 8/3/06

| | | | | |
|---|---|---|---|---|
| 26. | Midwest Emergency | Unsecured | | No Claim Filed |
| 27. | South Shore Radiologyus Dept | Unsecured | | No Claim Filed |
| 28. | Trustmark | Unsecured | | No Claim Filed |
| 29. | Southwest Laboratory Physican | Unsecured | | No Claim Filed |
| 30. | University Of Chicago Physicians | Unsecured | | No Claim Filed |
| 31. | WOW Cable | Unsecured | | No Claim Filed |
| 32. | Z-Tel Communications Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 23,470.50 | $ 6,107.63 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 87.02 |
| 5.4% | 226.10 |
| 6.5% | 29.25 |
| | _____ |
| | $ 342.37 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

